MICHAEL L. TRACY, ESQ., SBN 237779
MTRACY@MICHAELTRACYLAW.COM
LAW OFFICES OF MICHAEL TRACY
2030 Main Street, Suite 1300
Irvine, CA  92614
T: (949) 260-9171
F: (866) 365-3051

Attorneys for Plaintiff JASON WALTERS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JASON WALTERS, an individual<br><br>    Plaintiff,<br><br>  vs.<br><br>SAPPHIRE TECHNOLOGIES, INC., A MASSACHUSETTS CORPORATION; and RANDSTAD PROFESSIONALS US, LP, A DELAWARE LIMITED LIABILITY COMPANY,<br><br>    Defendants. | Case No.: CV11-8144-JFW-MRWx<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed:  9/30/2011 |

PLEASE TAKE NOTICE that this entire case has settled.  The settlement is conditional.  A request for dismissal will be filed within 30 days following notice.

DATED:  November 22, 2011        LAW OFFICES OF MICHAEL TRACY

                                /s/ Michael Tracy
                          By: _____
                                MICHAEL TRACY, Attorney for Plaintiff
                                JASON WALTERS

-1-